UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO: _____

RICHARD E. PANTRIDGE
    Plaintiff

VS.

COLLECTION MANAGEMENT COMPANY,
D/B/A
CREDIT MANAGEMENT COMPANY
AND
CONSULATE HEALTH CARE,
A/K/A  CONSULATE HEALTH INVESTORS, INC.
A/KA/ CONSULATE HEALTH CARE, LLC
A/K/A CONCOURSE PARTNERS, LLC
A/K/A
LAKESIDE OAKS CC
D/B/A LAKESIDE OAKS CARE CENTER
    Defendants
_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

1. This is an action brought pursuant to the Florida Consumer Collection Practices Act F.S. 559.55-559.785 ("FCCPA"),  which prohibits all persons from engaging in abusive, deceptive and unfair practices,  and the federal Fair Debt

1

Collection Practices Act, (FDCPA). 15 U.S.C. 1692. The Acts prevents debt collectors from engaging in abusive, deceptive and unfair debt collection practices.

2. Venue in this district is proper in that the defendants transacts business in Pinellas County, Florida, in the Middle District of Florida, Tampa Division..

3. The transaction occurred in Pinellas County, Florida, in the Middle District of Florida, Tampa Division...

5. Mr. Richard Pantridge is sui generis and a resident of Pinellas County, Florida.

6. Mr. Richard Pantridge is a consumer within the meaning of the FCCPA and the FDCPA..

7. Consulate Health Care. a/k/a Consulate Health Investors, Inc., a/k/a Consulate Health Care, LLC, a/k/a Concourse Partners, LLC, a/k/a Lakeside Oaks CC, a/k/a Lakeside Oaks Care Center, hereinafter called "Lakeside" has held itself out to do business under a variety of names and business identities and its current business form is unknown.

8. Collection Management Company, d/b/a Credit Management Company, hereafter called "CMC" is a foreign corporation licensed to do business in Florida,

with its principal place of business is 2121 Noblestown Road, Pittsburgh, PA, 15205.

9. Mr. Richard Pantridge was the object of collection activities by the defendants arising out of a consumer debt.

10. Lakeside, is a debt collector as defined by the FCCPA. Lakeside is also a debt collector within the meaning of the FDCPA by virtue of using a name other than its own to attempt to collect the debt.

11. CMC, is a debt collector as defined by the FCCPA and the FDCPA.

12. Both defendants engage, by use of the mails and telephone in the business of attempting to collect a debt, or alleged debt, from Mr. Richard Pantridge.

13. Lakeside engaged in one or more acts or omission prohibited by the FCCPA and the FDCPA in connection with the collection of a consumer debt from Mr. Richard Pantridge..

14. CMC engaged in one or more acts or omission prohibited by the FCCPA and FDCPA in connection with the collection of a consumer debt from Mr. Richard Pantridge.

15. At all times material hereto, the debt allegedly owed by Mr. Richard Pantridge was a "consumer debt" as said term is defined under the FCCPA and the FCCPA.

16. Mr. Richard Pantridge has retained the undersigned attorney and agreed to pay him a reasonable attorney fee.

17. At the conclusion of Mr. Richard Partridge's jury trial the court may impose punitive damages as the court sees fit under the FCCPA.

18. The facts supporting this complaint include, but are not limited to the following:

   a. Mr. Pantridge was a patient at what held itself out to the general public as the Lakeside Oak Care Center.

   b. Lakeside billed Mr. Richard Pantridge for approximately $254.61, claiming that amount was the outstanding balance due for his care at the Lakeside Oak Care Center.

   c. Mr. Richard Pantridge disputed the bill and advised Lakeside he did not owe the bill. He sent a letter to Lakeside dated September 25, 2017, disputing the bill. He advised Lakeside he was represented on the matter by Frederick W. Vollrath, Attorney at Law as evidenced by Exhibit 1, attached hereto and made a part hereof as if set out in full.

      He advised Lakeside of his attorney's name, address, and telephone number.

d. Lakeside's management received the letter and contacted Mr. Vollrath to discuss the matter with him.

e. Despite knowing that Mr. Richard Pantridge was represented by an attorney. the defendants communicated directly with Mr. Richard Pantridge in violation of the provisions of the FDCPA and FCCPA. See Exhibits 2 & 3.

**WHEREFORE,** plaintiff requests judgment be entered in his favor against the defendants as follows:

    A. Statutory damages pursuant to the FCCPA in the amount of $1,000 from each defendant.

    B. Statutory damages pursuant to the FDCPA in the amount of $1,000 from each defendant.

    C. Actual damages pursuant to the FCCPA and FDCPA.

    D. An award of costs and attorney's fees under the FCCPA and FDCPA.

    F. Punitive damages in the court's discretion under the FCCPA.

    E. Such other relief as the court may deem just and equitable.

## DEMAND FOR A JURY TRIAL

Plaintiff demands a trial by jury of all issues so triable.

<u>/s/Frederick W. Vollrath</u>
Frederick W. Vollrath, Esq.
Law Office of Frederick W. Vollrath
FBN: 165-812
Post Office Box 18942
Tampa, Florida, 33679
813-335-4379
<u>fredvollrath@aol.com</u>
Counsel for Plaintiff

PO BOX 16346
PITTSBURGH, PA 15242-0346

164-CONSA1-CMCP

**CMC**
Credit Management Company

2121 Noblestown Road, Pittsburgh, PA 15205
P O Box 16346, Pittsburgh PA 15242-0346

11-17-2017


RICHARD PANTRIDGE
2291 GULF TO BAY BLVD
CLEARWATER FL 33765-4052

117747 - 1932

### ACCOUNT IDENTIFICATION

Creditor: CONSULATE HEALTH CARE
Facility: LAKESIDE OAKS CC
Patient name: PANTRIDGE, RICHARD
Account Number   : 10006268
Date Last Charge  : 01-30-17
Amount Due       : $ 254.61

Your account with CONSULATE HEALTH CARE in the amount of $254.61 is past due. As a result, your account has been assigned to Credit Management Company for resolution. If you have a payment plan with Consulate we will now be managing that plan. Please contact our office so that we may confirm your arrangements and send you a series of payment coupons from Credit Management Company with return envelopes.

To resolve this matter quickly and in a manner beneficial to you, remit the full amount shown in the enclosed envelope. You may also make a credit card or check payment on our website, www.paycmc.com, or call toll free 1-866-368-1565 to discuss your outstanding balance. To receive proper credit, payment should be made payable to Credit Management Company with your account number (shown above) indicated on your check or money order.

Please notify us if an insurance carrier or an attorney is involved in this matter. If payment has been made on this account directly to the above creditor, please note your check number and date of payment on this letter and return it to us, in the enclosed envelope.

Sincerely, Brandon Ross/1-866-368-1565
Business Hours EST: Mon-Fri 8:00 am to 8:00 pm and Sat 9:00 am to 1:00 pm

**FEDERAL LAW P.L. 95-109**
This communication is from a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose. Unless you notify this office, within 30 days after receiving this notice, that you dispute the validity of this debt or any portion thereof, this office will assume that this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or a copy of a judgment and mail you a copy of such judgment or verification. If you request in writing, within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

---------- PLEASE DETACH AND RETURN THIS PORTION IN THE ENCLOSED ENVELOPE ----------



You may pay online by visiting our online payment system at
www.paycmc.com
or
You may use our convenient "SCAN TO PAY" option by scanning the QR code using your smart phone.

From: _____
Change of Address: _____
City, State, Zip: _____
Telephone: _____  Work: _____

Make your check or money order payable to:

Credit Management Company
P O Box 16346
Pittsburgh PA 15242-0346

Amount Due          : $ 254.61
Amount Enclosed     : _____
Account Number      : 10006268

Enclosing this notice with your payment will expedite credit to your account.

164-CONSA1



**EXHIBIT 1**


CONSULATE HEALTH CARE

STATEMENT

Lakeside Oaks Care Center
1061 Virginia Street
Dunedin, FL 34698-7326
(727) 733-4189

| Resident: | PANTRIDGE, RICHARD (00483) |
|---|---|
| Location: | - |
| Statement Date: | 10/1/2017 |
| Payment Due Date: | 10/15/2017 |

ALL TRANSACTIONS PROCESSED AFTER Sep 30, 2017
WILL APPEAR ON YOUR NEXT STATEMENT

RICHARD PANTRIDGE
2291 GULF TO BAY
LOT 142
Clearwater, FL 33765

AMOUNT ENCLOSED  $ _____

Please make checks payable to: Lakeside Oaks Care Center

PLEASE DETACH AND RETURN WITH YOUR PAYMENT

Lakeside Oaks Care Center
1061 Virginia Street
Dunedin, FL 34698-7326
(727) 733-4189

Resident: PANTRIDGE, RICHARD (00483)
Location: -
Statement Date: 10/1/2017
Payment Due Date: 10/15/2017

**PAST DUE**

| Effective Date | Description | Units | Unit Amount | Amount |
|---|---|---|---|---|
| | BALANCE FORWARD | | | $254.61 |
| | BALANCE DUE | | | $254.61 |

| STATEMENT SUMMARY | |
|---|---|
| Previous Balance | $254.61 |
| Payments | $0.00 |
| Current Charges | $0.00 |
| Total Amount Due | $254.61 |

**EXHIBIT 2**

9/25/2017

Lakeside Oaks Care Center
1061 Virginia St.
Dunedin, FL 34698-7326

To Whom It May Concern:

Re: 00483

I have told you repeatedly that this billing is incorrect as it includes a charge for February 1, 2017. I was discharged from your facility on Jan 30, 2017.

I am represented in this matter by attorney Frederick W. Vollrath, 307 S. Fielding Ave, Suite 2, Tampa, FL 33606
Phone: 813-335-4379

Richard Pastirik

**EXHIBIT 3**